AO 245D (Rev. 12/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

BRADLEY A. DORTON

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:25-MJ-40-001(AGH)

USM No. 15569-512

ROBERT L. WADKINS, JR.
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1, 2, 6, AND 7 of the term of supervision.

☐ was found in violation of condition(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possessing and using alcoholic beverages while under supervision | 11/17/2025 |
| 2 | Possessing and using alcoholic beverages while under supervision | 01/06/2026 |
| 6 | Failure to abide by curfew | 06/13/2026 |
| 7 | Failure to remain restricted to military barracks | 06/13/2026 |

The defendant is sentenced as provided in pages 2 through 2 . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Violation(s) 3, 4, and 5 are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 8974

Defendant's Year of Birth: 1996

City and State of Defendant's Residence:

Kingsport
Tennessee

August 5, 2026
Date of Imposition of Judgment

s/ Amelia G. Helmick
Signature of Judge

AMELIA G. HELMICK
U.S. MAGISTRATE JUDGE
Name and Title of Judge

08/10/2026
Date

DEFENDANT: BRADLEY A. DORTON
CASE NUMBER: 4:25-MJ-40-001(AGH)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Six (6) months

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________ ☐ a.m. ☐ p.m. on ____________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ____________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on ____________ to ____________

at ____________ with a certified copy of this judgment.

________________________________________
UNITED STATES MARSHAL

By ________________________________________
DEPUTY UNITED STATES MARSHAL